CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 23 2009

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| PAUL QUINN COLLEGE,<br>*Plaintiff,*<br><br>v.<br><br>THE SOUTHERN ASSOCIATION OF COLLEGES AND SCHOOLS COMMISSION ON COLLEGES,<br>*Defendant.* | CIVIL NO. 6:09mc00003<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

By counsel, Lynchburg College and its president, Kenneth R. Garren, have filed motions to quash subpoena and for sanctions.* Pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is hereby referred to United States Magistrate Judge Michael F. Urbanski for disposition.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Judge Urbanski and to the following:

- Alexander W. Bell
  Bell & Schneider, PLC
  P.O. Box 739
  Lynchburg, VA 24505-0739

- William F. Large
  Bickel & Brewer
  1717 Main Street

---

* *See* docket nos. 1, 2, 3, & 4. Lynchburg College and President Garren move to quash attorney-issued subpoenas duces tecum and for the imposition of sanctions on counsel for Paul Quinn College. The subpoenas duces tecum were filed in connection with the following: a) a civil action pending in the United States District Court for the Northern District of Georgia (Civil Action No. 1:09-cv-2327); and b), as stated in docket nos. 3 & 4 in the instant miscellaneous case, with "a case allegedly pending in the Northern District of Texas." Regarding the latter subpoenas, Lynchburg College and President Garren state that the case in which these attorney-issued subpoenas were issued "was not and is not pending in the Northern District of Texas. The subpoena[s] [are] therefore void."

      Suite 4800
      Dallas, TX 75201

- Benjamin Riemer
  Bickel & Brewer
  1717 Main Street
  Suite 4800
  Dallas, TX 75201

It is so ORDERED.

Entered this 23rd day of December, 2009.

                                                    NORMAN K. MOON
                                                    UNITED STATES DISTRICT JUDGE